IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| Derrick Reed, Willie Murray, Torrance Nealon, Monique Jackson, Sandra Solomon, and Wiley Mallette on their own behalf and on behalf of similarly situated persons, Christopher Boyd, Herman Davis and Gary Roundtree, individually, | Case No. 08-C-0818 |
|---|---|
| Plaintiffs, | Judge Lynn Adelman |
| v. | Magistrate Judge Patrice J. Gorence |
| Dresser, Inc., | Jury Trial Demanded |
| Defendant. | |

### (Draft) Order

This matter coming before the Court for hearing at a date and time previously scheduled for consideration of whether final approval should be granted to the proposed Consent Decree, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Court hereby approves the class action settlement set forth in the proposed Consent Decree as fair, adequate and reasonable and directs the parties to effectuate the settlement according to its terms.

2. The Court hereby enters the Consent Decree agreed to by the parties.

3. The Court hereby approves incentive awards to the class representatives as set forth in the Consent Decree in the amount of $10,000.00 each.

4. The Court hereby approves the award of attorney's fees and expenses to class counsel in the amounts specified in the Consent Decree.

5. The Court retains continuing jurisdiction as to these claims.

_____
Hon. Lynn Adelman

Dated: 9/23/10